Okay. Yes. Yes? Okay. Yes.